JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS TYRE BROOKS JR., ) | Case No. 08-4026 ABC (JWJx) |
| ) | |
| Plaintiff, ) | **JUDGMENT** |
| ) | |
| vs. ) | Judge: Hon. Audrey B. Collins |
| ) | Date: April 6, 2009 |
| BJ SERVICES COMPANY; BJ CHEMICAL ) | Time: 10:00 a.m. |
| SERVICES and DOES 1-10, inclusive, ) | Courtroom: 680 |
| ) | |
| Defendants. ) | |
| ) | |

Locke Lord Bissell & Liddell LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA  90071

1  The Court, having considered BJ Services Company, U.S.A.'s (the "Company")
2  Motion for Summary Judgment, or in the Alternative, for Partial Summary Judgment,
3  and the parties' papers and arguments concerning this matter,
4  IT IS HEREBY ORDERED, ADJUDGED AND DECREED:
5  That the entire case be dismissed with prejudice, that Plaintiff Lewis Tyre
6  Brooks ("Plaintiff") take nothing by his complaint, and that the Company shall
7  recover from Plaintiff costs of suit.

IT IS SO ORDERED.

Dated:  April 16, 2009

*[signature: Audrey B. Collins]*

Hon. Audrey B. Collins
UNITED STATES DISTRICT JUDGE

LA 620456v.1

**Locke Lord Bissell & Liddell LLP**
**300 South Grand Avenue, 26th Floor**
**Los Angeles, CA, 90071-3119**